IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL M. WRIGHT, JR., | 1:06-CV-1498 AWI SMS HC |
| Petitioner, | |
| vs. | ORDER VACATING ORDER OF NOVEMBER 20, 2006 |
| RICHARD J. KIRKLAND, | ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC |
| Respondent. | Document No. 5 |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 25, 2006, petitioner filed petition for writ of habeas corpus.

On November 20, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On December 18, 2006, petitioner submitted a motion for extension of time to respond to the court's order. In as much as petitioner paid the $5.00 filing fee on December 26, 2006, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is granted nunc pro tunc.

Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of November 20, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or filing fee," is VACATED in its entirety, and petitioner's motion for extension of time is granted nunc pro tunc.

IT IS SO ORDERED.

**Dated:    January 26, 2007**           **/s/ Sandra M. Snyder**
23ehd0                                                  UNITED STATES MAGISTRATE JUDGE