UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL M. WRIGHT, JR., | ) | 1:06-CV-01498 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION [Doc. #14] |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND DISMISSING |
| | ) | PETITION FOR WRIT OF HABEAS |
| RICHARD KIRKLAND, | ) | CORPUS [Doc. #9] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 18, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED for violating the statute of limitations set forth in 28 U.S.C. § 2244(d). The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 4, 2007, Petitioner filed objections to the Findings and Recommendation. Petitioner

1  claims the statute of limitations should be tolled because he lacks knowledge of the law, he is
2  indigent, and he attempted to request an extension of time from the U.S. District Court in the
3  Northern District of California.

4  Petitioner's arguments are without merit. Petitioner sent his letter to the Northern District on
5  January 10, 2000, wherein he stated he did not know whether there was a deadline or not and
6  requested an extension of time. See Exhibits A and B, Petitioner's Opposition. The letter was
7  returned to Petitioner with a copy of the Local Rules on or about January 20, 2000. See Exhibit C,
8  Opposition. Petitioner then delayed until November 3, 2000, when he sought assistance from the
9  California Western School of Law Institute for Criminal Defense Advocacy California Innocence
10 Project. See Exhibit D, Opposition. His request for assistance was denied on November 27, 2000. Id.

11 The Court finds no good cause to grant equitable tolling for any of these time periods. By the
12 time Petitioner sent a letter to the Northern District, almost 9 months of the limitations period had
13 expired. He was promptly given a copy of the Local Rules since his letter clearly was insufficient to
14 begin a federal action. Nevertheless, he sat on his rights again until seeking assistance from
15 California Western School of Law nearly 10 months later. Petitioner has shown no valid justification
16 for these extended time delays. His claims of indigence and lack of legal knowledge are not
17 exceptional; they are shared by the vast majority of inmates attempting to timely file federal habeas
18 petitions.

19 Petitioner argues that he was subjected thereafter to lockdowns, moves, and placements in
20 administrative segregation. However, he provides no specifics for these events or how they
21 prevented him from timely filing his petition. Further, these events took place long after the
22 limitations period had already expired.

23 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
24 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
25 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
26 supported by the record and proper analysis, and there is no need to modify the Findings and
27 Recommendations based on the points raised in the objections.
28 ///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 18, 2007, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

4. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:** **June 13, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE